**Order entered December 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01462-CV

## IN RE DANIEL PEARSON, Relator

**Original Proceeding from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-05015-C**

## ORDER

Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, we **DENY** the petition for writ of injunction.

We **DENY** the motion for emergency relief. We **ORDER** relator to bear the costs of this

original proceeding.

/s/     DOUGLAS S. LANG
        JUSTICE